Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–12250–KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Kevin E. Eldridge
1012 Old Corlies Avenue
Neptune, NJ 07753

Jennifer A. Eldridge
1012 Old Corlies Avenue
Neptune, NJ 07753

Social Security No.:
xxx–xx–0658

xxx–xx–0389

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:         4/10/19
Time:         10:00 AM
Location:     Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: February 4, 2019
JAN: gan

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-12250-KCF
Kevin E. Eldridge                                                       Chapter 13
Jennifer A. Eldridge
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Feb 04, 2019
                              Form ID: 132             Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 06, 2019.
```
db/jdb         +Kevin E. Eldridge,    Jennifer A. Eldridge,    1012 Old Corlies Avenue,    Neptune, NJ 07753-3329
518007407      ++ALLIED DIGESTIVE HEALTH LLC,    MONMOUTH PARK CORPORATE CENTER I,    187 ROUTE 36 SUITE 230,
                 WEST LONG BRANCH NJ 07764-1306
                (address filed with court: Allied Digestive Health,     60 Hwy 36,    Suite B,
                 West Long Branch, NJ 07764-1463)
518007406       Advanced Endoscopy Surgical Center LLC,    142 Route 25 Suite 101,    Eatontown, NJ 07724-1864
518007408      +Ambulatory Anes Physcian,    P.O. Box 4640,    Rutherford, NJ 07070-0464
518007457       AmeiCredit/GM Financial,    Attn: Bankruptcy,    PO BOX 18353,    Arlington, TX 76096
518007409      +Atlantic Coast Urology,    525 Jack Martin Blvd,    Suite 304,    Brick, NJ 08724-7737
518007458      +Bank of America,    100 North Tyron Street,    Charlotte, NC 28255-0001
518007411      +C.Tech,    P.O. Box 402,    Mount Sinai, NY 11766-0402
518007415       Central Credit Services LLC,    955o Regency Sqaure Blvd,    Suite 500A,    Jacksonville, FL 32225
518007417      +Convergent Outsourcing, Inc.,    800 SW 39th St.,    PO BOX 9004,    Renton, WA 98057-9004
518007419      +Equifax,    PO Box 740241,    Atlanta, GA 30374-0241
518007420      +Experian,    Profile Maintenance,    PO Box 9558,    Allen, TX 75013-9558
518007423       FMS, Inc.,    PO BOX 707600,    Tulsa, OK 74170-7600
518007421      +First Premier Bank,    Attn: Bankruptcy,    PO BOX 5524,    Sioux Falls, SD 57117-5524
518007422      +Firstsource Advantage, LLC,    205 Bryant Woods South,    Amherst, NY 14228-3609
518007424       Frost Arnett Company,    P.O. Box 198988,    Nashville, TN 37219-8988
518007425      +Hackensack Meridian Health,    Meridian OBGYN,    P.O. Box 419801,    Boston, MA 02241-9801
518007426       Howard Leitner Perlmutter Urologic,    2401 Hwy 35,    Manasquan, NJ 08736-1193
518007430      +Meridian Cardiovascular,    P.O. Box 416787,    Boston, MA 02241-6787
518007431      +Meridian Laboratory Physicians, PA,    P.O. Box 60280,    North Charleston, SC 29419-0280
518007432      +Meridian Medical Group - Specialty Care,    P.O. Box 402,    Mount Sinai, NY 11766-0402
518007433       Meridian Medical Group Primary,    P.O. Box 416923,    Boston, MA 02241-6923
518007436      +Myriad Emerg Physicians, LLC,    PO Box 80137,    Philadelphia, PA 19101-1137
518007437       Ocean Anesthesia Group PA,    1200 Hooper Ave,    Toms River, NJ 08753-3594
518007439       REMEX,    PO Box 765,    Rocky Hill, NJ 08553-0765
518007441       RMB, INC,    409 Bearden Park Circle,    Knoxville, TN 37919-7448
518007450      +Superior Court of New Jersey,    Law Division, Special Civil Part,    118 Washington St.,
                 Toms River, NJ 08753-7626
518007451      +Surgical Institute,    3616 HWY 33,    Neptune, NJ 07753-3112
518007452      +Trans Union Corporation,    Public Records Department,    555 West Adams St.,
                 Chicago, IL 60661-3631
518007455       Vital Recovery Services, LLC,    PO BOX 923748,    Norcross, GA 30010-3748
518007456       Waypoint Resource Group,    PO Box 8588,    Round Rock, TX 78683-8588
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 04 2019 23:51:13      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 04 2019 23:51:11      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518007410      +E-mail/Text: billing@assa-nj.com Feb 04 2019 23:51:32      Atlantic Shore Surgical Associates,
                 478 Brick Blvd,    Brick, NJ 08723-6077
518007413       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 04 2019 23:58:12
                 Capital One Bank USA, N.A.,    15000 Capital One Dr.,    Richmond, VA 23208
518007412      +E-mail/Text: bnc-capio@quantum3group.com Feb 04 2019 23:51:08      Capio Partners,
                 2222 Texoma Parkway,    Sherman, TX 75090-2481
518007416      +Fax: 602-659-2196 Feb 05 2019 00:30:03      Chexsystems, Inc.,    Attn: Customer Relations,
                 7805 Hudson Road, Suite 100,    Woodbury, MN 55125-1703
518007427      +E-mail/Text: JSUMCbankruptcy@hackensackmeridian.org Feb 04 2019 23:51:42
                 Jersey Shore University Medical Center,    1945 Route 33,    Neptune, NJ 07753-4896
518007428      +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 04 2019 23:57:12      LVNV Funding,
                 Attention: President,    200 Meeting Street Ste #206,    Greenville, SC 29615-5833
518007434      +E-mail/Text: bankruptcydpt@mcmcg.com Feb 04 2019 23:51:10      Midland Funding, LLC,
                 8875 Aero Drive Ste 200,    San Diego, CA 92123-2255
518007438       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 05 2019 00:09:01
                 Portfolio Recovery Associates, LLC,    PO BOX 41067,    Norfolk, VA 23541
518007444      +E-mail/Text: bankruptcy@savit.com Feb 04 2019 23:51:57      Sa-Vit Collection Agency,
                 Attn: Bankruptcy,    PO Box 250,    East Brunswick, NJ 08816-0250
518007445      +E-mail/Text: clientservices@simonsagency.com Feb 04 2019 23:51:47      Simon's Agency,
                 4963 Wintersweet Drive,    Liverpool, NY 13088-2176
518007453       E-mail/Text: bankruptcydepartment@tsico.com Feb 04 2019 23:51:46      Transworld Systems Inc,
                 P.O. Box 15618,    Dept 938,    Wilmington, DE 19850-5618
518007454      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Feb 04 2019 23:50:17
                 Verizon,    Verizon Wireless BK Admin,    500 Technology Drive Ste 550,
                 Saint Charles, MO 63304-2225
                                                                                               TOTAL: 14
```

```
District/off: 0312-3          User: admin              Page 2 of 2             Date Rcvd: Feb 04, 2019
                              Form ID: 132             Total Noticed: 45


            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518007414*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court:   Capital One Bank USA, N.A.,    15000 Capital One Dr.,
                 Richmond, VA 23208)
518007418*     +Convergent Outsourcing, Inc.,    800 SW 39th St.,    PO BOX 9004,    Renton, WA 98057-9004
518007429*     +LVNV Funding,    Attention: President,    200 Meeting Street Ste #206,
                 Greenville, SC 29615-5833
518007435*     +Midland Funding, LLC,    8875 Aero Drive Ste 200,    San Diego, CA 92123-2255
518007440*      REMEX,    PO Box 765,    Rocky Hill, NJ 08553-0765
518007442*      RMB, INC,    409 Bearden Park Circle,    Knoxville, TN 37919-7448
518007443*      RMB, INC,    409 Bearden Park Circle,    Knoxville, TN 37919-7448
518007446*     +Simon's Agency,    4963 Wintersweet Drive,    Liverpool, NY 13088-2176
518007447*     +Simon's Agency,    4963 Wintersweet Drive,    Liverpool, NY 13088-2176
518007448*     +Simon's Agency,    4963 Wintersweet Drive,    Liverpool, NY 13088-2176
518007449*     +Simon's Agency,    4963 Wintersweet Drive,    Liverpool, NY 13088-2176
                                                                                  TOTALS: 0, * 11, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 4, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Jonathan   Goldsmith Cohen    on behalf of Debtor Kevin E. Eldridge
               imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com
              Jonathan   Goldsmith Cohen    on behalf of Joint Debtor Jennifer A. Eldridge
               imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```