| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Kevin E. Eldridge<br>First Name  Middle Name  Last Name | Social Security number or ITIN: | xxx–xx–0658 |
| | | EIN: | _ _ – _ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Jennifer A. Eldridge<br>First Name  Middle Name  Last Name | Social Security number or ITIN: | xxx–xx–0389 |
| | | EIN: | _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed for chapter: | 13   2/1/19 |
| Case number: | 19–12250–KCF | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Kevin E. Eldridge | Jennifer A. Eldridge |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1012 Old Corlies Avenue<br>Neptune, NJ 07753 | 1012 Old Corlies Avenue<br>Neptune, NJ 07753 |
| 4. | **Debtor's attorney**<br>Name and address | Jonathan Goldsmith Cohen<br>I. Mark Cohen Law Group<br>1 Executive Drive Suite 6<br>Tinton Falls, NJ 07701 | Contact phone (732) 741–9500 |
| 5. | **Bankruptcy trustee**<br>Name and address | Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650–4853 | Contact phone (609) 587–6888<br>www.russotrustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov.<br>(800) 676–6856 | 402 East State Street<br>Trenton, NJ 08608<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br>Contact phone 609–858–9333<br>Date: 2/2/19 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend.**<br>**Creditors may attend, but are not required to do so.**<br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **March 7, 2019 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Chapter 13 Standing Trustee – Trenton, 1 AAA Drive, Suite 101, Robbinsville, NJ 08691** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 5/6/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 4/12/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 180 days from date of order for relief.**<br>**11 U.S.C. § 502(b)(9)** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form ("Official Form 410") may be obtained at www.uscourts.gov or any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**  30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan and notice of confirmation hearing will be sent separately. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline.<br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | |

United States Bankruptcy Court
District of New Jersey

In re:                                                                         Case No. 19-12250-KCF
Kevin E. Eldridge                                                              Chapter 13
Jennifer A. Eldridge
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: Feb 04, 2019
                              Form ID: 309I            Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 06, 2019.
```
db/jdb         +Kevin E. Eldridge,    Jennifer A. Eldridge,    1012 Old Corlies Avenue,    Neptune, NJ 07753-3329
518007407      ++ALLIED DIGESTIVE HEALTH LLC,   MONMOUTH PARK CORPORATE CENTER I,    187 ROUTE 36 SUITE 230,
                 WEST LONG BRANCH NJ 07764-1306
               (address filed with court: Allied Digestive Health,    60 Hwy 36,    Suite B,
                 West Long Branch, NJ 07764-1463)
518007406       Advanced Endoscopy Surgical Center LLC,    142 Route 25 Suite 101,    Eatontown, NJ 07724-1864
518007408      +Ambulatory Anes Physcian,    P.O. Box 4640,    Rutherford, NJ 07070-0464
518007457       AmeriCredit/GM Financial,    Attn: Bankruptcy,    PO BOX 18353,    Arlington, TX 76096
518007409      +Atlantic Coast Urology,    525 Jack Martin Blvd,    Suite 304,    Brick, NJ 08724-7737
518007411      +C.Tech,    P.O. Box 402,    Mount Sinai, NY 11766-0402
518007415       Central Credit Services LLC,    955o Regency Sqaure Blvd,    Suite 500A,    Jacksonville, FL 32225
518007419      +Equifax,    PO Box 740241,    Atlanta, GA 30374-0241
518007420      +Experian,    Profile Maintenance,    PO Box 9558,    Allen, TX 75013-9558
518007423       FMS, Inc.,    PO BOX 707600,    Tulsa, OK 74170-7600
518007424       Frost Arnett Company,    P.O. Box 198988,    Nashville, TN 37219-8988
518007425      +Hackensack Meridian Health,    Meridian OBGYN,    P.O. Box 419801,    Boston, MA 02241-9801
518007426       Howard Leitner Perlmutter Urologic,    2401 Hwy 35,    Manasquan, NJ 08736-1193
518007430      +Meridian Cardiovascular,    P.O. Box 416787,    Boston, MA 02241-6787
518007431      +Meridian Laboratory Physicians, PA,    P.O. Box 60280,    North Charleston, SC 29419-0280
518007432      +Meridian Medical Group - Specialty Care,    P.O. Box 402,    Mount Sinai, NY 11766-0402
518007433       Meridian Medical Group Primary,    P.O. Box 416923,    Boston, MA 02241-6923
518007436      +Myriad Emerg Physicians, LLC,    PO Box 80137,    Philadelphia, PA 19101-1137
518007437       Ocean Anesthesia Group PA,    1200 Hooper Ave,    Toms River, NJ 08753-3594
518007439       REMEX,    PO Box 765,    Rocky Hill, NJ 08553-0765
518007441       RMB, INC,    409 Bearden Park Circle,    Knoxville, TN 37919-7448
518007450      +Superior Court of New Jersey,    Law Division, Special Civil Part,    118 Washington St.,
                 Toms River, NJ 08753-7626
518007451      +Surgical Institute,    3616 HWY 33,    Neptune, NJ 07753-3112
518007452      +Trans Union Corporation,    Public Records Department,    555 West Adams St.,
                 Chicago, IL 60661-3631
518007455       Vital Recovery Services, LLC,    PO BOX 923748,    Norcross, GA 30010-3748
518007456       Waypoint Resource Group,    PO Box 8588,    Round Rock, TX 78683-8588
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: jgc@imclawgroup.com Feb 04 2019 23:49:52      Jonathan Goldsmith Cohen,
                 I. Mark Cohen Law Group,    1 Executive Drive Suite 6,    Tinton Falls, NJ  07701
tr              E-mail/Text: bnc@russotrustee.com Feb 04 2019 23:52:01      Albert Russo,
                 Standing Chapter 13 Trustee,    CN 4853,    Trenton, NJ 08650-4853
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 04 2019 23:51:13      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 04 2019 23:51:11      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518007410       E-mail/Text: billing@assa-nj.com Feb 04 2019 23:51:32      Atlantic Shore Surgical Associates,
                 478 Brick Blvd,    Brick, NJ 08723-6077
518007458      +EDI: BANKAMER2.COM Feb 05 2019 04:13:00      Bank of America,    100 North Tyron Street,
                 Charlotte, NC 28255-0001
518007413       EDI: CAPITALONE.COM Feb 05 2019 04:13:00      Capital One Bank USA, N.A.,
                 15000 Capital One Dr.,    Richmond, VA 23208
518007412      +EDI: CAPIO.COM Feb 05 2019 04:13:00      Capio Partners,    2222 Texoma Parkway,
                 Sherman, TX 75090-2481
518007416      +Fax: 602-659-2196 Feb 05 2019 00:30:03      Chexsystems, Inc.,    Attn: Customer Relations,
                 7805 Hudson Road, Suite 100,    Woodbury, MN 55125-1703
518007417      +EDI: CONVERGENT.COM Feb 05 2019 04:13:00      Convergent Outsourcing, Inc.,    800 SW 39th St.,
                 PO BOX 9004,    Renton, WA 98057-9004
518007421      +EDI: AMINFOFP.COM Feb 05 2019 04:13:00      First Premier Bank,    Attn: Bankruptcy,
                 PO BOX 5524,    Sioux Falls, SD 57117-5524
518007422      +EDI: FSAE.COM Feb 05 2019 04:13:00      Firstsource Advantage, LLC,    205 Bryant Woods South,
                 Amherst, NY 14228-3609
518007427      +E-mail/Text: JSUMCbankruptcy@hackensackmeridian.org Feb 04 2019 23:51:42
                 Jersey Shore University Medical Center,    1945 Route 33,    Neptune, NJ 07753-4896
518007428       EDI: RESURGENT.COM Feb 05 2019 04:13:00      LVNV Funding,    Attention: President,
                 200 Meeting Street Ste #206,    Greenville, SC 29615-5833
518007434      +EDI: MID8.COM Feb 05 2019 04:13:00      Midland Funding, LLC,    8875 Aero Drive Ste 200,
                 San Diego, CA 92123-2255
518007438       EDI: PRA.COM Feb 05 2019 04:13:00      Portfolio Recovery Associates, LLC,    PO BOX 41067,
                 Norfolk, VA 23541
518007444      +E-mail/Text: bankruptcy@savit.com Feb 04 2019 23:51:56      Sa-Vit Collection Agency,
                 Attn: Bankruptcy,    PO Box 250,    East Brunswick, NJ 08816-0250
518007445      +E-mail/Text: clientservices@simonsagency.com Feb 04 2019 23:51:47      Simon's Agency,
                 4963 Wintersweet Drive,    Liverpool, NY 13088-2176
518007453       E-mail/Text: bankruptcydepartment@tsico.com Feb 04 2019 23:51:44      Transworld Systems Inc,
                 P.O. Box 15618,    Dept 938,    Wilmington, DE 19850-5618
```

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Feb 04, 2019
                              Form ID: 309I            Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
518007454         +EDI: VERIZONCOMB.COM Feb 05 2019 04:13:00      Verizon,   Verizon Wireless BK Admin,
                   500 Technology Drive Ste 550,   Saint Charles, MO 63304-2225
                                                                                            TOTAL: 20

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518007414*       ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                   (address filed with court: Capital One Bank USA, N.A.,   15000 Capital One Dr.,
                   Richmond, VA 23208)
518007418*        +Convergent Outsourcing, Inc.,   800 SW 39th St.,   PO BOX 9004,   Renton, WA 98057-9004
518007429*        +LVNV Funding,   Attention: President,   200 Meeting Street Ste #206,
                   Greenville, SC 29615-5833
518007435*        +Midland Funding, LLC,   8875 Aero Drive Ste 200,   San Diego, CA 92123-2255
518007440*         REMEX,   PO Box 765,   Rocky Hill, NJ 08553-0765
518007442*         RMB, INC,   409 Bearden Park Circle,   Knoxville, TN 37919-7448
518007443*         RMB, INC,   409 Bearden Park Circle,   Knoxville, TN 37919-7448
518007446*        +Simon's Agency,   4963 Wintersweet Drive,   Liverpool, NY 13088-2176
518007447*        +Simon's Agency,   4963 Wintersweet Drive,   Liverpool, NY 13088-2176
518007448*        +Simon's Agency,   4963 Wintersweet Drive,   Liverpool, NY 13088-2176
518007449*        +Simon's Agency,   4963 Wintersweet Drive,   Liverpool, NY 13088-2176
                                                                                 TOTALS: 0, * 11, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 2, 2019 at the address(es) listed below:
```
NONE.                                                                                       TOTAL: 0
```