| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

## OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 19-12250 / MBK**

| | |
|---|---|
| Kevin E. Eldridge | Petition Filed Date: 02/01/2019 |
| Jennifer A. Eldridge | 341 Hearing Date: 03/07/2019 |
| | Confirmation Date: 06/12/2019 |

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/06/2019 | $930.00 | 56726530 | 04/01/2019 | $930.00 | 57484060 | 05/02/2019 | $930.00 | 58266270 |
| 06/03/2019 | $930.00 | 59031160 | 07/02/2019 | $930.00 | 59843930 | 08/01/2019 | $930.00 | 60572370 |
| 09/09/2019 | $930.00 | 61593570 | 10/03/2019 | $930.00 | 62268770 | 11/04/2019 | $930.00 | 63045860 |
| 12/03/2019 | $930.00 | 63679320 | | | | | | |

**Total Receipts for the Period: $9,300.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $11,160.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Kevin E. Eldridge | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | JONATHAN GOLDSMITH-COHEN, ESQ<br>»» ATTY DISCLOSURE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | MERIDIAN MEDICAL GROUP | Unsecured Creditors | $3,627.00 | $0.00 | $3,627.00 |
| 2 | US DEPT OF HOUSING & URBAN DEVELOPMENT<br>»» P/1012 OLD CORLIES AVE/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 3 | MERRICK BANK | Unsecured Creditors | $1,489.10 | $0.00 | $1,489.10 |
| 4 | AMERICREDIT FINANCIAL SERVICES, INC.<br>»» 2012 CHEVY EQUINOX | Debt Secured by Vehicle | $446.72 | $79.50 | $367.22 |
| 5 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $504.52 | $0.00 | $504.52 |
| 6 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,827.51 | $0.00 | $1,827.51 |
| 7 | LVNV FUNDING LLC<br>»» JUDGMENT DC-009174-17 | Unsecured Creditors | $986.62 | $0.00 | $986.62 |
| 8 | MIDLAND CREDIT  AS AGENT FOR<br>»» CREDIT ONE JUDGMENT DC-011786-18 | Unsecured Creditors | $580.10 | $0.00 | $580.10 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» JERSEY SHORE UMC | Unsecured Creditors | $75.00 | $0.00 | $75.00 |
| 10 | Verizon by American InfoSource as Agent | Unsecured Creditors | $517.72 | $0.00 | $517.72 |
| 11 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,423.06 | $0.00 | $1,423.06 |
| 12 | TIAA, FSB f/k/a Everbank<br>»» P/1012 OLD CORLIES AVE/1ST MTG | Mortgage Arrears | $48,874.49 | $9,553.99 | $39,320.50 |

**Chapter 13 Case No. 19-12250 / MBK**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,160.00 | Plan Balance: | $44,640.00 ** |
| Paid to Claims: | $9,633.49 | Current Monthly Payment: | $930.00 |
| Paid to Trustee: | $655.65 | Arrearages: | $0.00 |
| Funds on Hand: | $870.86 | Total Plan Base: | $55,800.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**