| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/25/2021
### Chapter 13 Case No. 19-12250 / MBK

Kevin E. Eldridge  
Jennifer A. Eldridge

Petition Filed Date: 02/01/2019  
341 Hearing Date: 03/07/2019  
Confirmation Date: 06/12/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2020 | $930.00 | 64521640 | 01/31/2020 | $930.00 | 65214280 | 03/02/2020 | $930.00 | 66072350 |
| 04/02/2020 | $300.00 | 66849030 | 08/31/2020 | $930.00 | 70458600 | 10/02/2020 | $930.00 | 71300210 |
| 11/02/2020 | $930.00 | 72058960 | 12/03/2020 | $930.00 | 72808240 | 01/12/2021 | $930.00 | 73738770 |

**Total Receipts for the Period: $7,740.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $17,040.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS |
|---|---|---|---|---|---|

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Kevin E. Eldridge | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | JONATHAN GOLDSMITH-COHEN, ESQ<br>»»  ATTY DISCLOSURE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | MERIDIAN MEDICAL GROUP | Unsecured Creditors | $3,627.00 | $0.00 | $3,627.00 |
| 2 | US DEPT OF HOUSING & URBAN DEVELOPMENT<br>»»  P/1012 OLD CORLIES AVE/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 3 | MERRICK BANK | Unsecured Creditors | $1,489.10 | $0.00 | $1,489.10 |
| 4 | AMERICREDIT FINANCIAL SERVICES, INC.<br>»»  2012 CHEVY EQUINOX | Debt Secured by Vehicle | $446.72 | $136.72 | $310.00 |
| 5 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $504.52 | $0.00 | $504.52 |
| 6 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,827.51 | $0.00 | $1,827.51 |
| 7 | LVNV FUNDING LLC<br>»»  JUDGMENT DC-009174-17 | Unsecured Creditors | $986.62 | $0.00 | $986.62 |
| 8 | MIDLAND CREDIT  AS AGENT FOR<br>»»  CREDIT ONE JUDGMENT DC-011786-18 | Unsecured Creditors | $580.10 | $0.00 | $580.10 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  JERSEY SHORE UMC | Unsecured Creditors | $75.00 | $0.00 | $75.00 |
| 10 | Verizon by American InfoSource as Agent | Unsecured Creditors | $517.72 | $0.00 | $517.72 |
| 11 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,423.06 | $0.00 | $1,423.06 |
| 12 | TIAA, FSB f/k/a Everbank<br>»»  P/1012 OLD CORLIES AVE/1ST MTG | Mortgage Arrears | $48,874.49 | $14,957.48 | $33,917.01 |

**Chapter 13 Case No. 19-12250 / MBK**

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/25/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,040.00 | Plan Balance: | $38,760.00 ** |
| Paid to Claims: | $15,094.20 | Current Monthly Payment: | $930.00 |
| Paid to Trustee: | $1,072.53 | Arrearages: | $5,280.00 |
| Funds on Hand: | $873.27 | Total Plan Base: | $55,800.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**

**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.