Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−12250−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Kevin E. Eldridge
1012 Old Corlies Avenue
Neptune, NJ 07753

Jennifer A. Eldridge
1012 Old Corlies Avenue
Neptune, NJ 07753

Social Security No.:
xxx−xx−0658

xxx−xx−0389

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on June 28, 2019.

On 7/27/2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:           September 8, 2021
Time:           10:00 AM
Location:       Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: July 28, 2021
JAN: gan

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 19-12250-MBK

Kevin E. Eldridge                                                                      Chapter 13

Jennifer A. Eldridge

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                           User: admin                                         Page 1 of 3
Date Rcvd: Jul 28, 2021                     Form ID: 185                                       Total Noticed: 55

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kevin E. Eldridge, Jennifer A. Eldridge, 1012 Old Corlies Avenue, Neptune, NJ 07753-3329 |
| 518007407 | ++ | ALLIED DIGESTIVE HEALTH LLC, MONMOUTH PARK CORPORATE CENTER I, 187 ROUTE 36 SUITE 230, WEST LONG BRANCH NJ 07764-1306 address filed with court:, Allied Digestive Health, 60 Hwy 36, Suite B, West Long Branch, NJ 07764-1463 |
| 518007406 | | Advanced Endoscopy Surgical Center LLC, 142 Route 25 Suite 101, Eatontown, NJ 07724-1864 |
| 518007408 | + | Ambulatory Anes Physcian, P.O. Box 4640, Rutherford, NJ 07070-0464 |
| 518007457 | | AmeiCredit/GM Financial, Attn: Bankruptcy, PO BOX 18353, Arlington, TX 76096 |
| 518007409 | + | Atlantic Coast Urology, 525 Jack Martin Blvd, Suite 304, Brick, NJ 08724-7737 |
| 518007458 | + | Bank of America, 100 North Tyron Street, Charlotte, NC 28255-0001 |
| 518007411 | + | C.Tech, P.O. Box 402, Mount Sinai, NY 11766-0402 |
| 518007415 | | Central Credit Services LLC, 955o Regency Sqaure Blvd, Suite 500A, Jacksonville, FL 32225 |
| 518007419 | + | Equifax, PO Box 740241, Atlanta, GA 30374-0241 |
| 518007420 | + | Experian, Profile Maintenance, PO Box 9558, Allen, TX 75013-9558 |
| 518007423 | | FMS, Inc., PO BOX 707600, Tulsa, OK 74170-7600 |
| 518007421 | + | First Premier Bank, Attn: Bankruptcy, PO BOX 5524, Sioux Falls, SD 57117-5524 |
| 518007422 | + | Firstsource Advantage, LLC, 205 Bryant Woods South, Amherst, NY 14228-3609 |
| 518007425 | + | Hackensack Meridian Health, Meridian OBGYN, P.O. Box 419801, Boston, MA 02241-9801 |
| 518007426 | | Howard Leitner Perlmutter Urologic, 2401 Hwy 35, Manasquan, NJ 08736-1193 |
| 518007430 | + | Meridian Cardiovascular, P.O. Box 416787, Boston, MA 02241-6787 |
| 518007431 | + | Meridian Laboratory Physicians, PA, P.O. Box 60280, North Charleston, SC 29419-0280 |
| 518007432 | + | Meridian Medical Group - Specialty Care, P.O. Box 402, Mount Sinai, NY 11766-0402 |
| 518007433 | | Meridian Medical Group Primary, P.O. Box 416923, Boston, MA 02241-6923 |
| 518007436 | | Myriad Emerg Physicians, LLC, PO Box 80137, Philadelphia, PA 19101-1137 |
| 518007439 | | REMEX, PO Box 765, Rocky Hill, NJ 08553-0765 |
| 518007441 | + | RMB, INC, 409 Bearden Park Circle, Knoxville, TN 37919-7406 |
| 518007450 | + | Superior Court of New Jersey, Law Division, Special Civil Part, 118 Washington St., Toms River, NJ 08753-7626 |
| 518007451 | + | Surgical Institute, 3616 HWY 33, Neptune, NJ 07753-3112 |
| 518179963 | | TIAA, FSB Formerly Known As EverBank, c/o Bank of America, P.O. Box 31785, Tampa, FL 33631-3785 |
| 518007452 | + | Trans Union Corporation, Public Records Department, 555 West Adams St., Chicago, IL 60661-3631 |
| 518007455 | | Vital Recovery Services, LLC, PO BOX 923748, Norcross, GA 30010-3748 |
| 518007456 | | Waypoint Resource Group, PO Box 8588, Round Rock, TX 78683-8588 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 28 2021 20:24:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 28 2021 20:24:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

Case 19-12250-MBK    Doc 35    Filed 07/30/21    Entered 07/31/21 00:12:26    Desc Imaged
Certificate of Notice    Page 3 of 4

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 3 |
| Date Rcvd: Jul 28, 2021 | Form ID: 185 | Total Noticed: 55 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 518051495 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jul 28 2021 20:24:00 | | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 518007410 | + | Email/Text: billing@assa-nj.com Jul 28 2021 20:24:00 | | Atlantic Shore Surgical Associates, 478 Brick Blvd, Brick, NJ 08723-6077 |
| 518007413 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com Jul 28 2021 20:29:01 | | Capital One Bank USA, N.A., 15000 Capital One Dr., Richmond, VA 23208 |
| 518007412 | + | Email/Text: bnc-capio@quantum3group.com Jul 28 2021 20:24:00 | | Capio Partners, 2222 Texoma Parkway, Sherman, TX 75090-2481 |
| 518063387 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 28 2021 20:29:04 | | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518007416 | + | Email/Text: bankruptcy.notifications@fisglobal.com Jul 28 2021 20:24:00 | | Chexsystems, Inc., Attn: Customer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125-1703 |
| 518007417 | + | Email/Text: convergent@ebn.phinsolutions.com Jul 28 2021 20:24:00 | | Convergent Outsourcing, Inc., 800 SW 39th St., PO BOX 9004, Renton, WA 98057-9004 |
| 518007424 | | Email/Text: bankruptcy@frost-arnett.com Jul 28 2021 20:23:00 | | Frost Arnett Company, P.O. Box 198988, Nashville, TN 37219-8988 |
| 518007427 | + | Email/Text: JSUMCbankruptcy@hackensackmeridian.org Jul 28 2021 20:24:00 | | Jersey Shore University Medical Center, 1945 Route 33, Neptune, NJ 07753-4896 |
| 518007428 | + | Email/PDF: resurgentbknotifications@resurgent.com Jul 28 2021 20:28:50 | | LVNV Funding, Attention: President, 200 Meeting Street Ste #206, Greenville, SC 29615-5833 |
| 518064241 | | Email/PDF: resurgentbknotifications@resurgent.com Jul 28 2021 20:28:56 | | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518033950 | | Email/PDF: MerrickBKNotifications@Resurgent.com Jul 28 2021 20:28:48 | | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518069153 | + | Email/Text: bankruptcydpt@mcmcg.com Jul 28 2021 20:24:00 | | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518021977 | + | Email/Text: clientservices@simonsagency.com Jul 28 2021 20:24:00 | | Meridian Medical Group Faculty Practice, c/o Simon's Agency Inc., PO Box 5026, Syracuse, NY 13220-5026 |
| 518007434 | + | Email/Text: bankruptcydpt@mcmcg.com Jul 28 2021 20:24:00 | | Midland Funding, LLC, 8875 Aero Drive Ste 200, San Diego, CA 92123-2255 |
| 518007438 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2021 20:28:56 | | Portfolio Recovery Associates, LLC, PO BOX 41067, Norfolk, VA 23541 |
| 518059482 | + | Email/Text: JCAP_BNC_Notices@jcap.com Jul 28 2021 20:24:00 | | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518141635 | | Email/Text: bnc-quantum@quantum3group.com Jul 28 2021 20:24:00 | | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518007444 | + | Email/Text: bankruptcy@savit.com Jul 28 2021 20:24:00 | | Sa-Vit Collection Agency, Attn: Bankruptcy, PO Box 250, East Brunswick, NJ 08816-0250 |
| 518007445 | + | Email/Text: clientservices@simonsagency.com Jul 28 2021 20:24:00 | | Simon's Agency, 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 518007453 | | Email/Text: bankruptcydepartment@tsico.com Jul 28 2021 20:24:00 | | Transworld Systems Inc, P.O. Box 15618, Dept 938, Wilmington, DE 19850-5618 |
| 518021981 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov Jul 28 2021 20:29:01 | | U.S. Department of HUD, 451 7th Street S.W., Washington, DC 20410-0001 |
| 518153686 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 28 2021 20:28:51 | | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518007454 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 28 2021 20:23:00 | | Verizon, Verizon Wireless BK Admin, 500 Technology Drive Ste 550, Saint Charles, MO 63304-2225 |

District/off: 0312-3 — User: admin — Page 3 of 3
Date Rcvd: Jul 28, 2021 — Form ID: 185 — Total Noticed: 55
TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519073181 | *P++ | AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 518007414 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank USA, N.A., 15000 Capital One Dr., Richmond, VA 23208 |
| 518007418 | *+ | Convergent Outsourcing, Inc., 800 SW 39th St., PO BOX 9004, Renton, WA 98057-9004 |
| 518007429 | *+ | LVNV Funding, Attention: President, 200 Meeting Street Ste #206, Greenville, SC 29615-5833 |
| 518007435 | *+ | Midland Funding, LLC, 8875 Aero Drive Ste 200, San Diego, CA 92123-2255 |
| 518007440 | * | REMEX, PO Box 765, Rocky Hill, NJ 08553-0765 |
| 518007442 | *+ | RMB, INC, 409 Bearden Park Circle, Knoxville, TN 37919-7406 |
| 518007443 | *+ | RMB, INC, 409 Bearden Park Circle, Knoxville, TN 37919-7406 |
| 518007446 | *+ | Simon's Agency, 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 518007447 | *+ | Simon's Agency, 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 518007448 | *+ | Simon's Agency, 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 518007449 | *+ | Simon's Agency, 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 518007437 | ## | Ocean Anesthesia Group PA, 1200 Hooper Ave, Toms River, NJ 08753-3594 |

TOTAL: 0 Undeliverable, 12 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 30, 2021        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Jonathan Goldsmith Cohen | on behalf of Debtor Kevin E. Eldridge imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com |
| Jonathan Goldsmith Cohen | on behalf of Joint Debtor Jennifer A. Eldridge imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com |
| Kevin Gordon McDonald | on behalf of Creditor TIAA  FSB, FORMERLY KNOWN AS EVERBANK kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6