Office Mailing Address:  
Albert Russo, Trustee  
PO Box 4853  
Trenton, NJ  08650-4853

Send Payments **ONLY** to:  
Albert Russo, Trustee  
PO Box 933  
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022  
**Chapter 13 Case No. 19-12250 / MBK**

Kevin E. Eldridge  
Jennifer A. Eldridge

Petition Filed Date: 02/01/2019  
341 Hearing Date: 03/07/2019  
Confirmation Date: 06/12/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/12/2021 | $930.00 | 73738770 | 02/25/2021 | $930.00 | 74755120 | 03/22/2021 | $930.00 | 75404790 |
| 05/03/2021 | $930.00 | 76377990 | 06/01/2021 | $930.00 | 77070470 | 07/06/2021 | $930.00 | 77824950 |
| 08/09/2021 | $785.00 | | 09/13/2021 | $785.00 | | 10/13/2021 | $785.00 | |
| 11/09/2021 | $785.00 | | 12/09/2021 | $785.00 | | 01/10/2022 | $785.00 | |

**Total Receipts for the Period: $10,290.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $26,400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Kevin E. Eldridge | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | JONATHAN GOLDSMITH-COHEN, ESQ <br> »» ATTY DISCLOSURE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | MERIDIAN MEDICAL GROUP | Unsecured Creditors | $3,627.00 | $1,094.23 | $2,532.77 |
| 2 | US DEPT OF HOUSING & URBAN DEVELOPMENT <br> »» P/1012 OLD CORLIES AVE/2ND MTG | Mortgage Arrears <br> No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |
| 3 | MERRICK BANK | Unsecured Creditors | $1,489.10 | $449.25 | $1,039.85 |
| 4 | AMERICREDIT FINANCIAL SERVICES, INC. <br> »» 2012 CHEVY EQUINOX | Debt Secured by Vehicle | $446.72 | $446.72 | $0.00 |
| 5 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $504.52 | $152.21 | $352.31 |
| 6 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,827.51 | $551.34 | $1,276.17 |
| 7 | LVNV FUNDING LLC <br> »» JUDGMENT DC-009174-17 | Unsecured Creditors | $986.62 | $297.66 | $688.96 |
| 8 | MIDLAND CREDIT  AS AGENT FOR <br> »» CREDIT ONE JUDGMENT DC-011786-18 | Unsecured Creditors | $580.10 | $175.01 | $405.09 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR <br> »» JERSEY SHORE UMC | Unsecured Creditors | $75.00 | $17.74 | $57.26 |
| 10 | Verizon by American InfoSource as Agent | Unsecured Creditors | $517.72 | $156.20 | $361.52 |
| 11 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,423.06 | $429.33 | $993.73 |
| 12 | TIAA, FSB f/k/a Everbank <br> »» P/1012 OLD CORLIES AVE/1ST MTG | Mortgage Arrears <br> No Disbursements: Surrendered | $20,125.68 | $20,125.68 | $0.00 |

**Chapter 13 Case No. 19-12250 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $26,400.00 | Plan Balance: | $7,850.00 ** |
| Paid to Claims: | $23,895.37 | Current Monthly Payment: | $785.00 |
| Paid to Trustee: | $1,780.69 | Arrearages: | $785.00 |
| Funds on Hand: | $723.94 | Total Plan Base: | $34,250.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.



  **This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.