Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−12250−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Kevin E. Eldridge | Jennifer A. Eldridge |
| 1012 Old Corlies Avenue | 1012 Old Corlies Avenue |
| Neptune, NJ 07753 | Neptune, NJ 07753 |

Social Security No.:
   xxx−xx−0658                                               xxx−xx−0389

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

☐   Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

☐   Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

☑   Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☑   Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐   Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐   Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐   Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐   Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐   An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐ An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: March 1, 2023
JAN: gan

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-12250-MBK

Kevin E. Eldridge  Chapter 13

Jennifer A. Eldridge

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 4
Date Rcvd: Mar 01, 2023 | Form ID: cscnodsc | Total Noticed: 55

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kevin E. Eldridge, Jennifer A. Eldridge, 1012 Old Corlies Avenue, Neptune, NJ 07753-3329 |
| 518007407 | ++ | ALLIED DIGESTIVE HEALTH LLC, MONMOUTH PARK CORPORATE CENTER I, 187 ROUTE 36 SUITE 230, WEST LONG BRANCH NJ 07764-1306 address filed with court:, Allied Digestive Health, 60 Hwy 36, Suite B, West Long Branch, NJ 07764-1463 |
| 518007406 | | Advanced Endoscopy Surgical Center LLC, 142 Route 25 Suite 101, Eatontown, NJ 07724-1864 |
| 518007408 | + | Ambulatory Anes Physcian, P.O. Box 4640, Rutherford, NJ 07070-0464 |
| 518007457 | | AmeiCredit/GM Financial, Attn: Bankruptcy, PO BOX 18353, Arlington, TX 76096 |
| 518007409 | + | Atlantic Coast Urology, 525 Jack Martin Blvd, Suite 304, Brick, NJ 08724-7737 |
| 518007411 | + | C.Tech, P.O. Box 402, Mount Sinai, NY 11766-0402 |
| 518007415 | | Central Credit Services LLC, 955o Regency Sqaure Blvd, Suite 500A, Jacksonville, FL 32225 |
| 518007425 | + | Hackensack Meridian Health, Meridian OBGYN, P.O. Box 419801, Boston, MA 02241-9801 |
| 518007426 | | Howard Leitner Perlmutter Urologic, 2401 Hwy 35, Manasquan, NJ 08736-1193 |
| 518007430 | + | Meridian Cardiovascular, P.O. Box 416787, Boston, MA 02241-6787 |
| 518007431 | + | Meridian Laboratory Physicians, PA, P.O. Box 60280, North Charleston, SC 29419-0280 |
| 518007432 | + | Meridian Medical Group - Specialty Care, P.O. Box 402, Mount Sinai, NY 11766-0402 |
| 518007433 | | Meridian Medical Group Primary, P.O. Box 416923, Boston, MA 02241-6923 |
| 518007436 | | Myriad Emerg Physicians, LLC, PO Box 80137, Philadelphia, PA 19101-1137 |
| 518007441 | + | RMB, INC, 409 Bearden Park Circle, Knoxville, TN 37919-7406 |
| 518007450 | + | Superior Court of New Jersey, Law Division, Special Civil Part, 118 Washington St., Toms River, NJ 08753-7626 |
| 518007451 | + | Surgical Institute, 3616 HWY 33, Neptune, NJ 07753-3112 |
| 518007455 | | Vital Recovery Services, LLC, PO BOX 923748, Norcross, GA 30010-3748 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 01 2023 20:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 01 2023 20:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518051495 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 01 2023 20:57:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 518007410 | + | Email/Text: billing@assa-nj.com | Mar 01 2023 20:57:00 | Atlantic Shore Surgical Associates, 478 Brick Blvd, Brick, NJ 08723-6077 |
| 518007458 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Mar 01 2023 20:57:00 | Bank of America, 100 North Tyron Street, Charlotte, NC 28255-0001 |
| 518007413 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 01 2023 21:04:20 | Capital One Bank USA, N.A., 15000 Capital One |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Dr., Richmond, VA 23208 |
| 518007412 | + | Email/Text: bnc-capio@quantum3group.com | Mar 01 2023 20:57:00 | Capio Partners, 2222 Texoma Parkway, Sherman, TX 75090-2481 |
| 518063387 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 01 2023 21:04:14 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518007416 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Mar 01 2023 20:57:00 | Chexsystems, Inc., Attn: Customer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125-1703 |
| 518007417 | + | Email/Text: convergent@ebn.phinsolutions.com | Mar 01 2023 20:57:00 | Convergent Outsourcing, Inc., 800 SW 39th St., PO BOX 9004, Renton, WA 98057-9004 |
| 518007419 | ^ | MEBN | Mar 01 2023 20:54:15 | Equifax, PO Box 740241, Atlanta, GA 30374-0241 |
| 518007420 | ^ | MEBN | Mar 01 2023 20:54:48 | Experian, Profile Maintenance, PO Box 9558, Allen, TX 75013-9558 |
| 518007423 | ^ | MEBN | Mar 01 2023 20:55:31 | FMS, Inc., PO BOX 707600, Tulsa, OK 74170-7600 |
| 518007424 | | Email/Text: bankruptcy@frost-arnett.com | Mar 01 2023 20:56:00 | Frost Arnett Company, P.O. Box 198988, Nashville, TN 37219-8988 |
| 518007421 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 01 2023 21:04:22 | First Premier Bank, Attn: Bankruptcy, PO BOX 5524, Sioux Falls, SD 57117-5524 |
| 518007422 | + | Email/Text: crdept@na.firstsource.com | Mar 01 2023 20:57:00 | Firstsource Advantage, LLC, 205 Bryant Woods South, Amherst, NY 14228-3609 |
| 518007427 | + | Email/Text: JSUMCbankruptcy@hackensackmeridian.org | Mar 01 2023 20:58:00 | Jersey Shore University Medical Center, 1945 Route 33, Neptune, NJ 07753-4896 |
| 518007428 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 01 2023 21:04:33 | LVNV Funding, Attention: President, 200 Meeting Street Ste #206, Greenville, SC 29615-5833 |
| 518064241 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 01 2023 21:04:25 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518033950 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 01 2023 21:04:20 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518069153 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 01 2023 20:57:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518021977 | + | Email/Text: clientservices@simonsagency.com | Mar 01 2023 20:58:00 | Meridian Medical Group Faculty Practice, c/o Simon's Agency Inc., PO Box 5026, Syracuse, NY 13220-5026 |
| 518007434 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 01 2023 20:57:00 | Midland Funding, LLC, 8875 Aero Drive Ste 200, San Diego, CA 92123-2255 |
| 518007438 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 01 2023 21:04:14 | Portfolio Recovery Associates, LLC, PO BOX 41067, Norfolk, VA 23541 |
| 518059482 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 01 2023 20:57:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518141635 | | Email/Text: bnc-quantum@quantum3group.com | Mar 01 2023 20:57:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518007439 | | Email/Text: clientservices@remexinc.com | Mar 01 2023 20:56:00 | REMEX, PO Box 765, Rocky Hill, NJ 08553-0765 |
| 518007444 | + | Email/Text: bankruptcy@savit.com | Mar 01 2023 20:58:00 | Sa-Vit Collection Agency, Attn: Bankruptcy, PO Box 250, East Brunswick, NJ 08816-0250 |
| 518007445 | + | Email/Text: clientservices@simonsagency.com | Mar 01 2023 20:58:00 | Simon's Agency, 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 518179963 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 01 2023 20:56:00 | TIAA, FSB Formerly Known As EverBank, c/o |

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 01, 2023 | Form ID: cscnodsc | Total Noticed: 55 |

| | | | | |
|---|---|---|---|---|
| | | | | Bank of America, P.O. Box 31785, Tampa, FL 33631-3785 |
| 518007452 | | Email/Text: DASPUBREC@transunion.com | Mar 01 2023 20:56:00 | Trans Union Corporation, Public Records Department, 555 West Adams St., Chicago, IL 60661 |
| 518007453 | | Email/Text: bankruptcydepartment@tsico.com | Mar 01 2023 20:58:00 | Transworld Systems Inc, P.O. Box 15618, Dept 938, Wilmington, DE 19850-5618 |
| 518021981 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Mar 01 2023 21:04:12 | U.S. Department of HUD, 451 7th Street S.W., Washington, DC 20410-0001 |
| 518153686 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 01 2023 21:04:32 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518007454 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 01 2023 20:56:00 | Verizon, Verizon Wireless BK Admin, 500 Technology Drive Ste 550, Saint Charles, MO 63304-2225 |
| 518007456 | ^ | MEBN | Mar 01 2023 20:55:42 | Waypoint Resource Group, PO Box 8588, Round Rock, TX 78683-8588 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519073181 | *P++ | AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 518007414 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank USA, N.A., 15000 Capital One Dr., Richmond, VA 23208 |
| 518007418 | *+ | Convergent Outsourcing, Inc., 800 SW 39th St., PO BOX 9004, Renton, WA 98057-9004 |
| 518007429 | *+ | LVNV Funding, Attention: President, 200 Meeting Street Ste #206, Greenville, SC 29615-5833 |
| 518007435 | *+ | Midland Funding, LLC, 8875 Aero Drive Ste 200, San Diego, CA 92123-2255 |
| 518007440 | * | REMEX, PO Box 765, Rocky Hill, NJ 08553-0765 |
| 518007442 | *+ | RMB, INC, 409 Bearden Park Circle, Knoxville, TN 37919-7406 |
| 518007443 | *+ | RMB, INC, 409 Bearden Park Circle, Knoxville, TN 37919-7406 |
| 518007446 | *+ | Simon's Agency, 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 518007447 | *+ | Simon's Agency, 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 518007448 | *+ | Simon's Agency, 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 518007449 | *+ | Simon's Agency, 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 518007437 | ## | Ocean Anesthesia Group PA, 1200 Hooper Ave, Toms River, NJ 08753-3594 |

TOTAL: 0 Undeliverable, 12 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 03, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2023 at the address(es) listed

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: Mar 01, 2023 | Form ID: cscnodsc | Total Noticed: 55 |

**below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Jonathan Goldsmith Cohen | on behalf of Debtor Kevin E. Eldridge imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com |
| Jonathan Goldsmith Cohen | on behalf of Joint Debtor Jennifer A. Eldridge imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com |
| Kevin Gordon McDonald | on behalf of Creditor TIAA  FSB, FORMERLY KNOWN AS EVERBANK kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6